

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-82,265-01 and WR-82,265-02

**In re TYRONE ALLEN, Relator**

## ON MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS AND MOTION FOR TEMPORARY STAY IN PROCEEDINGS FROM THE FIFTH COURT OF APPEALS CAUSE NOS. 05-14-01167-CV AND 05-14-01168-CV, AND THE 292ND JUDICIAL DISTRICT COURT CAUSE NOS. F13-00257-V AND F13-54696-V DALLAS COUNTY

*Per curiam.*  KEASLER, J., would deny leave to file.

## O R D E R

We have before us a motion for leave to file an application for a writ of mandamus, an application for a writ of mandamus, and a motion for a temporary stay in the proceedings below.  The motion for a temporary stay is granted and these cases are ordered filed and set. Until further order of this Court, the Fifth Court of Appeals is ordered to stay the issuance of a writ of mandamus and its order granting mandamus relief in the underlying causes, and

the trial court is ordered to stay any proceedings involving the determination of intellectual disability.

IT IS SO ORDERED THIS THE 30th DAY OF OCTOBER, 2014.

Do Not Publish